**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| ASHLEY WORMALD, | ) CASE NO. 1:22-cv-00405 |
| | ) |
| | ) JUDGE DAVID A. RUIZ |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| WARDEN CHARMAINE BRACY, *et al*., | ) **ORDER** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

On August 17, 2022, Plaintiff Ashley Wormald filed a motion to consolidate the present action, Case No. 1:22-cv-00405, with *Kovacic v. Aramark Correctional Service LLC*, Case No. 1:21-cv-02042. (R. 26). Plaintiff asserts "[c]onsolidation would avoid unnecessary costs and delay. It would also prevent inconsistent rules for essentially the same civil rights violations and/or other actionable conduct." *Id*. at PageID# 99. Defendants oppose the motion, arguing the risk of unfair prejudice and confusion, pointing out that each action involves different defendants and the alleged sexual misconduct incidents in each action occurred at different times (alleged incidents involving Plaintiff Kovacic occurred in March 2021, while the alleged incidents that involved Plaintiff Wormald occurred three months later), and Defendant Kohler asserts

consolidation would unfairly prejudice him if a jury were allowed to consider evidence of other alleged wrongful acts. (R. 28 & 29).

While the matters are somewhat related and may involve overlapping issues of law, the risk of inconsistent rulings is absent given both matters are before the undersigned District Judge. Further, the Court intends to set these cases on parallel tracks unless compelling circumstances necessitate that they proceed at different speeds. Finally, the concern of potential confusion of issues and unfair prejudice stemming from consolidation is not unfounded and outweighs potential efficiencies gained through consolidation. Therefore, the motion to consolidate (R. 26) is hereby DENIED.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: October 21, 2022